## PRICE et al. v. TOWN OF RUSTON.
### No. 4537.

Court of Appeal of Louisiana, Second Circuit.
Jan. 3, 1933.

For former opinions, see 148 So. 512 and 151 So. 133.

Barksdale, Warren & Barksdale, of Ruston, for appellant.

Elder & Elder, of Ruston, for appellees.

PER CURIAM.

This is the second application for rehearing in this case. We granted one rehearing on the application of the appellant. 151 So. 133. Our judgment on the rehearing did not reserve to either party the right to make a second application, and hence we are powerless to grant the present application, made by the appellees. Luckett & Hunter v. Texas & Pacific Railway Co., 161 La. 175, 108 So. 405.

The application must therefore be dismissed.